IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MATTHEW MAGIDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07CV505 |
| | ) |
| WACHOVIA BANK, NA, BRUCE | ) |
| YOUNG, and AMANDA ROOF, | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated in a Memorandum Opinion filed contemporaneously, the Defendant's Motion to Transfer [Doc. # 8] is DENIED, and the Partial Motion to Dismiss Mr. Magidsons's claims pursuant to the North Carolina Persons with Disabilities Protection Act and those for Intentional and Negligent Infliction of Emotional Distress [Doc. # 10] is GRANTED.

This the day of December 27, 2007

    /s/ N. Carlton Tilley, Jr.
United States District Judge